UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joseph Sawtell

       v.                               Civil No. 06-cv-229-SM

Warden, NH State Prison

O R D E R

      This case is stayed while the petitioner returns to state court to exhaust state remedies. This case shall be administratively closed while the stay is in effect. It is therefore ordered that counsel for the plaintiff shall file a status report every 90 days until the issues are resolved. The Court should, of course, immediately be notified upon ultimate resolution of the issues.

      SO ORDERED.

August 22, 2006

                                                   Steven J. McAuliffe
                                                   Chief Judge

cc:     Thomas J. Gleason, Esq.
         Charles J. Keefe, Esq.