UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Joseph Sawtell

       v.                              Civil No. 06-cv-229-SM

Warden, NH State Prison


O R D E R

This case is further stayed to allow the petitioner to exhaust state remedies. This case shall be administratively closed while the stay is in effect. It is therefore ordered that counsel for the petitioner file a status report every 90 days until the issues are resolved. The Court should, of course, immediately be notified upon ultimate resolution of the issues.

      SO ORDERED.


July 16, 2008

                                                Steven J. McAuliffe
                                                Chief Judge


cc:    Thomas J. Gleason, Esq.
        Charles J. Keefe, Esq.