UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Sawtell</u>

         v.                    Case No. 06-cv-229-SM

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 7, 2009, no objection having been filed, for the reasons set forth therein.

    SO ORDERED.

April 30, 2009

                                        Steven J. McAuliffe
                                        Chief Judge

cc:    Joseph Sawtell, pro se
        Counsel of Record